FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA LANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPOSITORS INSURANCE COMPANY,<br><br>　　　　　Defendant. | 2:25-CV-00069-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

　　　Before the Court is the parties' Motion for a Stipulated Protective Order, ECF No. 11. Plaintiff is represented by Kasey Huebner and Liam McKeegan. Defendant is represented by Westin McLean. The motion was considered without oral argument.

　　　The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

　　　The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a

**ORDER DENYING MOTION FOR PROTECTIVE ORDER # 1**

narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for a Stipulated Protective Order, ECF No. 11, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 12th day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER # 2**